In the United States District Court

for the _____ District of __New Hampshire__

United States of America

v.

__Juan Renzo Mosquera__

Criminal No. __07-cr-97__

**07 CRIM 740**

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Juan Renzo Mosquera__ defendant, have been informed that a __indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __July 11, 2007__ at __New York, NY__

_____
(Defendant)

__Kathleen Stevens__
(Witness)

_____
(Counsel for Defendant)

Approved

__Thomas P. [signature]__                    __Michael J. Garcia / by Parvin McPre__
United States Attorney for the              United States Attorney for the
_____ District of __NH__                    __Southern__ District of __NY__