

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.   CR. NO. 07-CR-   -01-

JUAN RENZO MOSQUERA
a/k/a Juan Mosquera-Bilan

07 CRIM. 740

INDICTMENT

The Grand Jury charges:

## COUNT I

**FALSE STATEMENTS**
[18 U.S.C. § 1001(a)(2)]

AT ALL TIMES MATERIAL TO COUNT ONE OF THIS INDICTMENT:

1. The "National Passport Center" is a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing and adjudication of Applications for United States Passports (forms DS-11 and DS-82). This facility is located at 31 Rochester Avenue, Portsmouth, New Hampshire.

2. Title 22, United States Code, Section 213 and Title 22, Code of Federal Regulations, Section 51.20 require a passport applicant to provide truthful information on a passport application that is material and pertinent to the applicant's eligibility to receive a passport. This requirement includes all information and evidence submitted in support of the application.

3. Under Title 22, United States Code, Section 212 and Title 22, Code of Federal Regulations, Section 51.2, a United States passport may be issued only to a person owing allegiance to the United States. Only a United States citizen or a United States national, that is, an inhabitant of a United States possession, is eligible to receive a United States passport.

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY: *Judith A. Barrett*
DEPUTY CLERK   8-3-07

4. At all times relevant to the charge in this indictment, defendant, **JUAN RENZO MOSQUERA a/k/a Juan Mosquera-Bilan,** was neither a citizen nor a national of the United States.

## THE FALSE STATEMENTS

5. In or around August, 2006, in the District of New Hampshire and elsewhere, the defendant,

**JUAN RENZO MOSQUERA
a/k/a Juan Mosquera-Bilan**

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious and fraudulent statements and representations in connection with an Application for U.S. Passport (Form DS-11).

On or about August 3, 2006, **JUAN RENZO MOSQUERA a/k/a Juan Mosquera-Bilan**, executed an Application for U.S. Passport (Form DS-11), which was subsequently processed at the National Passport Center. The defendant falsely stated on the application that his name was Juan Mosquera and that he was born in Ancon, Canal Zone, Panama, on 11-27-61, in violation of Title 18, United States Code, Section 1001(a)(2).

**A TRUE BILL**

                                           **/s/ Grand Jury Foreperson**
                                           Foreperson of the Grand Jury

THOMAS P. COLANTUONO
United States Attorney


By: /s/ Alfred Rubega
Alfred Rubega
Assistant U.S. Attorney
53 Pleasant Street
Concord, NH  03301
(603) 225-1552



Dated: April 18, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                                            Cr.

Juan Renzo Mosquera a/k/a
   Juan Mosquera-Bilan

## MOTION TO SEAL

The United States of America hereby moves that the file in the above-captioned case be sealed at Level II until such time as the defendant is taken into custody, because if the defendant became aware of the pending indictment, there could be a risk to the safety of any law enforcement officer seeking to arrest the defendant or the defendant may flee.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

By:/s/ Alfred Rubega
Alfred Rubega
Assistant U.S. Attorney
Bar #NH2211
U.S. Attorney's Office
53 Pleasant St.
Concord, NH  03301
(603) 225-1552

Dated: April 18, 2007

Motion         ☐ Granted        ☐ Denied

_____
James R. Muirhead
United States Magistrate Judge
Date:

CLOSED, INTERP

# U.S. District Court
## District of New Hampshire (Concord)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00097-SM All Defendants
### Internal Use Only

Case title: USA v. Mosquera

Date Filed: 04/18/2007
Date Terminated: 07/27/2007

**07CRIM. 740**

Assigned to: Chief Judge Steven J. McAuliffe

**Defendant**

**Juan Renzo Mosquera** (1)
*TERMINATED: 07/27/2007*
also known as
Juan Mosquera-Bilan (1)
*TERMINATED: 07/27/2007*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

18 USC 1001(a)(2) False Statements (1)            Case transferred to the USDC - Southern District of New York.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

**Plaintiff**
USA                                               represented by **Alfred J.T. Rubega**
                                                  US Attorney's Office (NH)

53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: alfred.rubega@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2007 | 5 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to USDC - Southern District of New York. Counts closed as to Juan Renzo Mosquera (1) Count 1. (jab) (Entered: 07/30/2007) |
| 07/05/2007 |  | Case unsealed as to Juan Renzo Mosquera. NOTICE to Attorneys of Record: The case has been unsealed. All future pleadings shall be filed in accordance with this district's Administrative Procedures for Electronic Case Filing. (jab) (Entered: 07/05/2007) |
| 07/05/2007 | 4 | Removal Documents Received from Southern District of of New York as to Juan Renzo Mosquera. (jab) (Entered: 07/05/2007) |
| 06/27/2007 |  | Arrest of Juan Renzo Mosquera in the Southern District of New York. (jab) (Entered: 07/05/2007) |
| 04/19/2007 |  | Arrest Warrant Issued as to Juan Renzo Mosquera. Original warrant and copies to US Marshal and US Probation. (dae, ) (Entered: 04/20/2007) |
| 04/18/2007 |  | **ENDORSED ORDER granting 2 Motion to Seal Case at Level II as to Juan Renzo Mosquera (1).** *Text of Order: Granted.* **So Ordered by Judge Joseph A. DiClerico Jr. (dae, )** (Entered: 04/20/2007) |
| 04/18/2007 | 3 | Praecipe for Warrant by USA as to Juan Renzo Mosquera. (dae, ) (Entered: 04/20/2007) |
| 04/18/2007 | 2 | MOTION to Seal Case at Level II until defendant is taken into custody by USA as to Juan Renzo Mosquera. (dae, ) (Entered: 04/20/2007) |
| 04/18/2007 | 1 | SEALED INDICTMENT as to Juan Renzo Mosquera (1) count 1. *Original document available in clerks office.*(dae, ) (Entered: 04/20/2007) |

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE  03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

August 3, 2007

J. Michael McMahon, Clerk
U.S. District Court for the
    Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   <u>NH Case No.:  Case No. 07-cr-97-01-SM, USA v. Juan Renzo Mosquera</u>

Dear Clerk McMahon:

The above case has been to your jurisdiction pursuant to Rule 20 -Consent to Transfer of Case for Plea and Sentence.

   We enclose the following items:
      Consent to Transfer of Case - Original
      certified copy of the docket sheet
      certified copy of Indictment

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

                    Very truly yours,

                    James R. Starr, Clerk

           By: *Judith Barrett*
               Judith Barrett
               Deputy Clerk

Enclosures

   cc:   AUSA Alfred Rubega (D/NH)
          w/copy of Consent to Transfer of Case