**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/4/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2007

**By Facsimile**
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007



RECEIVED
AUG 15 2007
CHAMBERS OF
RICHARD J. HOLWELL

Re:    **United States v. Juan Renzo Mosquera**
       **07 Cr. 740 (RJH)**

Dear Judge Holwell:

Pursuant to your Rule 20 of the Federal Rules of Criminal Procedure, the above-referenced case was transferred to the Southern District of New York and assigned to your Honor on August 10, 2007. Please find enclosed a copy of the indictment, which charges the defendant with making a false statement in a passport application, in violation of Title 18, United States Code, Section 1001.

Defense counsel has requested that the arraignment and plea proceeding be scheduled for September 17, 2007. The Government respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until that date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the parties will discuss the disposition of the case.

*Arraignment and plea*
*Schedule for 9/17/07*
*at 2:00 p.m. Time is*
*to 9/17/07 the STA to*
*excluded under the STA to*
*provide defendant with the*
*opportunity to consider a potential*
*disposition. The exclusion*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
Telephone: (212) 637-2510
Facsimile:  (212) 637-2937

cc:   Steven M. Statsinger, Esq, *(by facsimile)*

*of time is in the interest of justice*
*and outweighs the interest of the defendant*
*and the public in a speedy trial.*
            *SO ORDERED*
                                *USCJ hcl/17*