UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,                :     07 Cr. 00740 (RJH)

        -against-                                         :     **ORDER**

JUAN MOSQUERA,                                :

                     Defendant.       :

------------------------------------------------------------x

The sentence scheduled for January 11, 2008 is rescheduled to March 12, 2008, at 11:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                                         Richard J. Holwell
                                        United States District Judge