# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

March 27, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

**BY HAND DELIVERY**

Hon. Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  **United States v. Juan Renzo Mosquera**
>      **No. 07 Cr. 740 (RJH)**
>      **Request for Modification of Probation, on Consent**

Dear Judge Holwell:

   When Mr. Mosquera was on bail, he had the Court's permission to travel to New Jersey, where he regularly goes to assist an elderly family friend. On March 12, 2008, the Court sentenced Mr. Mosquera to 18 months of probation, one of the conditions of which is that he not leave the district without his probation officers' permission. But, since Mr. Mosquera has not yet been assigned a probation officer, there is no one for him to ask.

   Accordingly, I am respectfully requesting that the Court modify Mr. Mosquera's probation by permitting him to travel to New Jersey. I have spoken to AUSA Parvin Moyne, who consents to this request.

Application Granted
SO ORDERED

US DJ
3/28/08

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc:  AUSA Parvin Moyne