SCANNED ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Plaintiff,

            - v. -

JUAN MOSQUERA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

07 CR 0740-01 (RJH)

JUDGMENT #: 08,1095

[U.S. DISTRICT COURT FILED AUG 07 2008 S.D. OF N.Y.]

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Juan Mosquera, defendant, for the fine in the amount of $500.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $600.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 23rd day of June 2008.

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                         By: _____
                              KATHLEEN A. ZEBROWSKI
                              Assistant United States Attorney

STATE OF NEW YORK)
                      ss:
COUNTY OF NEW YORK)

       On the 6th day of August 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2011